# EXHIBIT B - Advertisement of Infringing Product



### J2 ENGINEERING 06-11 CIVIC SI FG2/FA STAINLESS STEEL TRI-Y RACING HEADER EXHAUST



| Item condition: | New |
| --- | --- |
| Compatibility: | See compatible vehicles |
| Quantity: | More than 10 available / 6 sold |
| Price: | US $354.99 |
| | Add to cart |
| Best Offer: | Make Offer |
| | 8 watchers    Add to watch list |
| | Add to collection |

| Experienced Seller | Best offer available | Free Shipping |

Spend $99+ and get 6 months to pay
Subject to credit approval.   See terms

| Shipping: | FREE Standard Shipping | See details |
| --- | --- | --- |
| | Item location: | Rowland Heights, California, United States |
| | Ships to: | Worldwide |
| Delivery: | Estimated between **Tue. Jul. 8 and Mon. Jul. 14** | |
| Payments: | PayPal, Bill Me Later | See details |
| Returns: | 14 days money back, buyer pays return shipping | See details |
| Guarantee: | eBay MONEY BACK GUARANTEE | See details |

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
dnamotoring (56317 ) me
99.4% Positive feedback

Follow this seller
See other items
Visit store: dnamotoring

Add to watch list

Print   |   Report item

| Description | Shipping and payments |

eBay item number:   161054304035

Seller assumes all responsibility for this listing.

Last updated on   Feb 08, 2014 10:32:18 PST   View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Part Brand: | dnamotoring |
| Manufacturer Part Number: | J2-HD-RS008 | | |

**dnamotoring**  Visit my eBay store



Sign up for newsletter

 Items On Sale



| | |
|---|---|
| GALLERY | DESCRIPTION | PAYMENT | SHIPPING | RETURN | CONTACT |

- CATBACK EXHAUSTS
- HEADERS
- INTERCOOLERS
- TURBO KITS
- TURBOCHARGERS
- LOWERING SPRINGS
- COILOVERS
- SEE MORE ITEMS



### J2 ENGINEERING 06-11 CIVIC SI FG2/FA STAINLESS STEEL TRI-Y RACING HEADER EXHAUST














**ITEM SKU: J2-HD-RS**

### [ * ] **PRODUCT DESCRIPTION**

## *J2 ENGINEERING RACE SERIES PERFORMANCE TRI-Y HEADER EXHAUST SYSTEM*

*Getting more air into your engine and more exhaust out is the key to a performance motor. That's where exhaust headers come in. Exhaust performance headers do away with the performance-robbing exhaust manifold that came with your car. Headers provide each cylinder with its own mini exhaust pipe, which means exhaust headers prevent the backpressure that occurs in a common exhaust manifold. When cylinders don't have to fight each other to expel their exhaust, they can p more power through the wheels. Combined with a high performance cold air intake, and a cat-bac exhaust system, a header system will remove all restrictions and your engine will perform at its potential.*

- 100% Brand New, Never Been Used or Installed
- Made of High Quality T304 Stainless Steel Material
- TIG Welded CNC Machine Flange





- 4-2-1 JDM Racing Performance Spec. Tubular Design
- Inlet/ Outlet: 1.875" X 2.125" (Oval)/ 2.5"
- Major Piping Diameters: 4 X 1.75" Manifold Pipes to 2 X 2.25" Y-Pipes
- Increase High Flow Air, Gain 10 - 15 Hp. / Tq.
- 2 X O2 Sensor Bung Insertion
- Professional Installer is Highly Recommended
- **No Instruction Included**



*APPLICATION:*
*06-11 HONDA CIVIC SI FG2 / FA5*
*(FITS 2.0L K20Z3 DOHC MODELS ONLY)*

**\*\* PROFESSIONAL INSTALLATIONS ONLY\*\***



**[ \* ] RELATED PRODUCTS**







**[ \* ] PAYMENT INFORMATION**

- We accept PayPal payments. (e-check takes 3-7 business days to be processed. We will not ship until it is cleared)

Payment Options Overview:



**[ \* ] SHIPPING INFORMATION**

- **Domestic Shipping** rates apply to all 48 contiguous states.
- **PR, HI, AK and PO Box addresses** shipping rates are the same as CANADA shipping.
- **US Territories and Military** such as **GU, VI, SAIPAN, APO/FPO** will be charegd the same as international shipping rate. Transaction will be held until a full shipping amount received.
- For **Canada shipping** please select **the lowest price**. We do not offer expedited shipping.

- **Some of the packages cannot be delivered to a PO Box.** Customer is responsible to ensure PO Box address given is deliverable by the shipping company. Package will be held until a valid physical address is provided.
- Items will be shipped 24 hours of payment verification.
- All international orders may be subject to their custom fees or brokerage fees or duty tax which we do not pay
- All buyers must pay for their own customs fees or brokerage fees or duty tax.
- These fees vary due to price of item and government rate. Please contact your government website or shipping company to calculate fees.
- We are not responsible for any changed of address after item has been shipped.

**IMPORTANT NOTICE:**
We ship all our items either via UPS/FEDEX or USPS. If there is no specific request prior to purchasing, we wi ship either method.

**Very Important Shipping Policy:**
We only could ship to the address that's stated on your PayPal account as the shipping address unless the correct address was stated on the PayPal notes section. E-mailing us after you have made payment does not count so please update your shipping address on PayPal before making a payment. Thanks.

## [ * ] RETURN POLICIES

- 14 Days money back, please notify us within 14 days after you've received your purchased item.
- All return requests must be submitted through your Ebay account.
- You have to obtain a RMA (Return Merchandise Authorization) number from us, and have the RMA number written on the return package.
- Buyers pay for return shipping fee.
- Items to be returned must be in resalable condition.
- All returns are for refund ONLY. No exchange accepted.
- Returns for refund are subject to a 20% restocking fee.

**Note:** Most items DO NOT come with instruction of Installation otherwise stated above, the buyer are responsible of the installation. If item is questionable, please consult your local professional/mechanic before making purchase.

## [ * ] CONTACT INFORMATION

Got any questions about this listing or the product that you've already purchased? Please feel free to contact us by using the ebay link "Ask seller a question" above, and also please notice that no emails will be replied during weekend and holidays.

**DNA Motoring Business Hours:** Monday - Friday, 10 AM to 5 PM (Pacific Time).

**DNA Motoring Contact Phone:** 1-626-965-8898

**For emissions related items, please check your local jurisdiction for emission specific requirements before purchasing.**



Powered by eBay Blackthorne 04.11.023

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

Back to home page                                                                                                                                    Return to top

Related buying guides :     Performance Exhaust,    Modifying your NISSAN 350Z: Headers & Cats...

More to explore :     06 Civic SI Header,     06 Civic SI Exhaust,     B Series Tri Y Header,     Mustang Tri Y Headers,     Tri Y Header

Community        About eBay        Announcements        Security Center        Resolution Center        Seller Information Center        Policies        Site Map        eBay official time
Preview new features        Contact us        eBay Talk        Tell us what you think

 

Copyright © 1995-2014 eBay Inc. All Rights Reserved. User Agreement, Privacy and Cookies.